**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SYLINIA JACKSON, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

       Plaintiffs,       **23-cv-694 (RA)**

   -against-         **ORDER**

INVITING HOME INC.,

       Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

   A pre-settlement conference call in this matter is hereby scheduled for **Monday, April 17, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       **SO ORDERED.**

DATED:  New York, New York
     March 20, 2023

            _____
            VALERIE FIGUEREDO
            United States Magistrate Judge